# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| RAO K. MURUKURTHY | § | Case No. 16-31675 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/04/2016. The undersigned trustee was appointed on 10/04/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $    10,616.47

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 242.57 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]       $ | 10,373.90 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 08/15/2017 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,811.65 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,811.65 , for a total compensation of $ 1,811.65 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/21/2019        By: /s/Miriam R. Stein
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-31675 | JSB | Judge: | Janet S. Baer | Trustee Name: | Miriam R. Stein |
| Case Name: | RAO K. MURUKURTHY | | | | Date Filed (f) or Converted (c): | 10/04/2016 (f) |
| | | | | | 341(a) Meeting Date: | 10/26/2016 |
| For Period Ending: | 01/21/2019 | | | | Claims Bar Date: | 08/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 9311 Osceola Avenue, Morton Grove, IL | 175,000.00 | 175,000.00 | | 0.00 | FA |
| 2. 4744 Rose Street, Schiller Park, IL | 408,480.00 | 0.00 | | 0.00 | FA |
| 3. 9451 Ainslie Street, Schiller Park, IL | 440,868.00 | 0.00 | | 0.00 | FA |
| 4. Misc Household Goods | 250.00 | 0.00 | | 0.00 | FA |
| 5. Misc Electronics | 250.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 250.00 | 0.00 | | 0.00 | FA |
| 7. 2 German Shepards | 0.00 | 0.00 | | 0.00 | FA |
| 8. CitiBank Checking - Frozen Account | 0.00 | 0.00 | | 0.00 | FA |
| 9. Comerica Bank | 3,212.20 | 0.00 | | 0.00 | FA |
| 10. TCF Bank Checking Account - Frozen | 0.00 | 0.00 | | 0.00 | FA |
| 11. American Plastic Technologies, Inc. 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 12. REI Fund, 10k shares at $1.51 per share | 15,100.00 | 7,116.47 | | 10,616.47 | FA |
| 13. Business Equipment; lien of Phoenix REO of 5,000,000 | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,043,410.20    $182,116.47    $10,616.47    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Case 16-31675   Doc 34   Filed 02/21/19   Entered 02/21/19 13:48:20   Desc Main
          Document      Page 4 of 11

Exhibit A

Trustee corresponding with REIT manager to determine value of Debtor's investment in Sovereign Growth Reit (3/2/17).
REIT to issue distribution to investors. Debtor's check to be sent to Trustee by 5/34/17 equal to .90 per share.
6/5/17 - received $9,000 distribution from REIT.
6/5/17 - Trustee awaiting year end distribution from REIT.
12/3/17 - Trustee followed up with REIT for year end final distribution. Received additional $1,610 distribution in 12/17.
12/26/17 - Trustee advised final distribution will be in 2018.
Followed up with REIT to determine whether there will be additional distributions. No response as of yet. 4/23/18.
6/15/18 - REIT issues letter that 12/17 distribution was a final distribution for REIT.
Accountant preparing final tax return.
12/26/18 - final tax return submitted to IRS and IDOR.


RE PROP #        12    --    Trustee collected $10,616.47 in dividends from REIT. Last distribution made 12/2717
                              and trustee advised in June 2018 that no further distributions will be made.

Initial Projected Date of Final Report (TFR): 12/31/2017          Current Projected Date of Final Report (TFR): 01/31/2019

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 16-31675 | Trustee Name: | Miriam R. Stein |
| --- | --- | --- | --- |
| Case Name: | RAO K. MURUKURTHY | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8820 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1288 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/21/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/17 | 12 | Sovereign Growth Reit, Inc.<br>750 B Street #2397<br>San Diego, CA 92101 | Distribution from Debtor's Ownership in REIT | 1129-000 | $9,005.57 | | $9,005.57 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.79 | $8,994.78 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.37 | $8,981.41 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.35 | $8,968.06 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.90 | $8,955.16 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.31 | $8,941.85 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.87 | $8,928.98 |
| 12/27/17 | 12 | Sovereign Growth REIT, Inc.<br>750 B Street, #2397<br>San Diego, CA 92101 | Distribution from Debtor's Ownership in REIT | 1129-000 | $1,610.90 | | $10,539.88 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.51 | $10,526.37 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.65 | $10,510.72 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.11 | $10,496.61 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.61 | $10,481.00 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | Page Subtotals: | $10,616.47 | $135.47 |
| --- | --- | --- | --- |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 16-31675 | Trustee Name: | Miriam R. Stein | |
| Case Name: | RAO K. MURUKURTHY | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX8820 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX1288 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/21/2019 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.08 | $10,465.92 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.56 | $10,450.36 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.04 | $10,435.32 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.52 | $10,419.80 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.49 | $10,404.31 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.97 | $10,389.34 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.44 | $10,373.90 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,616.47 | $242.57 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,616.47 | $242.57 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,616.47 | $242.57 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*     Page Subtotals:     $0.00     $107.10

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8820 - Checking | $10,616.47 | $242.57 | $10,373.90 |
|  | $10,616.47 | $242.57 | $10,373.90 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,616.47 |
| Total Gross Receipts: | $10,616.47 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-31675  
Debtor Name: RAO K. MURUKURTHY  
Claims Bar Date: 8/15/2017  

Date: January 21, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Administrative | | $0.00 | $1,811.65 | $1,811.65 |
| 100 3410 | Alan D. Lasko & Associates P. C.<br>205 W. Randolph Street, Suite 1150<br>Chicago, IL 60606 | Administrative | First and Final Fee App | $0.00 | $1,728.80 | $1,728.80 |
| 100 3420 | Alan D. Lasko & Associates P. C.<br>205 W. Randolph Street, Suite 1150<br>Chicago, IL 60606 | Administrative | First and Final Fee App - Expenses | $0.00 | $21.60 | $21.60 |
| 1 300 7100 | PHOENIX REO, LLC<br>Capital Crossing Servicing Company<br>c/o Tiffany Higgins<br>99 High Street, 7th FL<br>Boston, MA  02110 | Unsecured | | $0.00 | $5,991,336.76 | $5,991,336.76 |
| | Case Totals | | | $0.00 | $5,994,898.81 | $5,994,898.81 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-31675
Case Name: RAO K. MURUKURTHY
Trustee Name: Miriam R. Stein

Balance on hand $ 10,373.90

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 1,811.65 | $ 0.00 | $ 1,811.65 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P. C. | $ 1,728.80 | $ 0.00 | $ 1,728.80 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P. C. | $ 21.60 | $ 0.00 | $ 21.60 |

Total to be paid for chapter 7 administrative expenses    $    3,562.05

Remaining Balance    $    6,811.85

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,991,336.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PHOENIX REO, LLC | $ 5,991,336.76 | $ 0.00 | $ 6,811.85 |
| | Total to be paid to timely general unsecured creditors | | | $ 6,811.85 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE