UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 16-31675
RAO K. MURUKURTHY,  )
 )  Chapter: 7
 )  Honorable Janet S. Baer
 )
 )
Debtor(s)  )

### ORDER AUTHORIZING FIRST AND FINAL APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the First and Final Application of Alan D. Lasko & Associates, P.C. for Allowance of Compensation and Expenses; due and proper notice having been given; and the Court being fully advised in the premises and the having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. Alan D. Lasko & Associates, P.C. is allowed reasonable compensation for actual, necessary accounting services in the amount of $1,728.80;

2. Alan D. Lasko & Associates, P.C. is allowed reimbursement of actual, necessary expenses in the amount of $21.60; and

3. Miriam R. Stein, not individually, but as chapter 7 trustee of the bankruptcy estate of RAO K. MURUKURTHY, is directed to pay $1,750.40 to Alan D. Lasko & Associates, P.C.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 26, 2019

**Prepared by:**

Miriam R. Stein (IL ARDC #6238163)
CHUHAK & TECSON
30 South Wacker Drive , Suite 2600
Chicago, Illinois 60606
312.855.9300
312.368.3870 fax
mstein@chuhak.com